**Order entered April 1, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00340-CV

## IN THE INTEREST OF A.E.J., L.S.J., AND D.M.J., CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-19493**

## ORDER

Before the Court is appellant's March 30, 2020 unopposed motion for an extension of time to file appellant's brief on the merits. We **GRANT** the motion and extend the time to **April 30, 2020**. We caution appellant that further extension requests in this accelerated appeal involving the termination of appellant's parental rights will be disfavored.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE